MICHAEL G. YODER (S.B. #83059)
myoder@omm.com
BRIAN NEACH (S.B. #242801)
bneach@omm.com
O'MELVENY & MYERS LLP
610 Newport Center Drive, 17th Floor
Newport Beach, California 92660-6429
Telephone: (949) 823-6900
Facsimile: (949) 823-6994

Attorneys for Defendants
ROBERT B. MCKNIGHT, JR., WILLIAM M. BARNUM, JR., JOSEPH BERARDINO, JAMES G. ELLIS, CHARLES S. EXON, M. STEVEN LANGMAN, ROBERT L. METTLER, PAUL C. SPEAKER, and ANDREW W. SWEET and Nominal Defendant, QUIKSILVER, INC.

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE QUIKSILVER, INC. DERIVATIVE LITIGATION<br><br>─────────────────────<br>This Document Relates To:<br><br>ALL ACTIONS. | Case No. 8:12-CV-01882-AG-JPR (Consolidated with Case No. 8:12-CV-02071-AG-JPR)<br><br>**FINAL JUDGMENT**<br><br>Judge: Hon. Andrew J. Guilford |

# FINAL JUDGMENT

Having granted Nominal Defendant Quiksilver, Inc.'s Motion to Dismiss, and Individual Defendants Robert B. McKnight, Jr., William M. Barnum, Jr., Joseph F. Berardino, James G. Ellis, Charles S. Exon, M. Steven Langman, Robert L. Mettler, Paul C. Speaker, and Andrew W. Sweet's Motion to Dismiss, *see* Court's Omnibus Order Re Defendants' Motion to Stay and Motions to Dismiss (Dkt. No. 59) ("Omnibus Order"), and in light Plaintiff's Request for Entry of Final Order and Judgment (Dkt. No. 69),

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. Judgment is entered in favor of all Defendants and against Plaintiffs Patricia Stockman-Sann and Alaska Electrical Pension Fund.[1]

2. Plaintiff shall recover nothing in this action.

IT IS SO ORDERED.

Dated: May 2, 2013

_____
Honorable Andrew Guilford
United States District Judge

---

[1] On April 22, 2013, this Court granted the Stipulation Re: Operative Complaint for Consolidated Action, pursuant to which the cases *Alaska Electrical Pension Fund v. McKnight*, No. 8:12-cv-02071-AG-JPR and *Stockman-Sann v. McKnight*, No. 8:12-cv-01882, were consolidated. Accordingly, this judgment applies to both actions.